AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PAULEY III, WILLIAM H | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report<br><br>05/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>500 PEARL STREET<br>NEW YORK, NEW YORK 10007-1581 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member of Board of Visitors | Duke University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Continuation of payments agreement with former law partner, Franklyn H. Snitow, and his law firm, Snitow Kanfer Holtzer & Millus, LLP. |
| 2. | |
| 3. | |

RECEIVED
2008 MAY 15 P 4: 42
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 05/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Snitow & Pauley, a former law partnership winding-down its affairs (continuation of payments agreement described in Part II, line 1) | $ 0 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self-Employed Licensed Real Estate Sales Person |
| 2. 2007 | Self-Employed Floral Designer |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University School of Law | | | | April 12-15, 2007. Law School Board of Visitors Meeting. (travel, food and lodging) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMMON STOCKS | | | | | | | | | |
| 2. EXXON/MOBIL | A | Dividend | K | T | | | | | |
| 3. AXA AMERICAN DEPOSITORY SHARES | A | Dividend | J | T | | | | | |
| 4. PRUDENTIAL FIN'L SRVS | A | Dividend | J | T | | | | | |
| 5. IBM | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. MUTUAL FUNDS | | | | | | | | | |
| 8. AIM SM CAP EQUITY FUND CL B (SMEBX) | A | Dividend | | | Conversion | 3/28 | K | | |
| 9. AIM SM CAP EQUITY FUND CL A (SMEAX) | | | | | Conversion | 3/28 | K | | |
| 10. AIM SM CAP EQUITY FUND CL A (SMEAX) | A | Dividend | | | Sell | 4/24 | K | | |
| 11. ALGER FD BAL PORTFOLIO (ALGBX) | A | Dividend | | | Conversion | 4/3 | K | | |
| 12. ALGER FD BAL PORTFOLIO CL A (ALBAX) | A | Dividend | K | T | Conversion | 4/3 | K | | |
| 13. ALLIANCE FOCUSED GROWTH INCOME CL A (ADGAX) | | | | | Sell | 1/12 | K | | |
| 14. DAVIS NY VENTURE FUND CL A (NYVTX) | A | Dividend | K | T | | | | | |
| 15. DRYDEN TOTAL RETURN BOND FUND CL A (PDBAX) | A | Dividend | J | T | | | | | |
| 16. MONEYMART ASSETS INC. CL B (PBBXX) | B | Dividend | M | T | | | | | |
| 17. DRYDEN ACTIVE ALLOCATION FUND CL A (PIBAX) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DRYDEN INTL EQTY FD CL A (PJRAX) | A | Dividend | K | T | | | | | |
| 19. DRYDEN STOCK INDEX FUND CL A (PSIAX) | B | Dividend | L | T | Partial Sale | 4/24 | K | | |
| 20. DRYDEN SM CAP CORE EQTY FD CL A (PQVAX) | | None | K | T | | | | | |
| 21. FEDERATED INTERNATIONAL VALUE FUND CL B (FGFBX) | A | Dividend | | | Conversion | 8/7 | J | | |
| 22. FEDERATED INTERNATIONAL VALUE FUND CL A (FGFAX) | A | Dividend | J | T | Conversion | 8/7 | J | | |
| 23. GOLDMAN SACHS MID CAP VALUE FUND CL B (GCMBX) | A | Dividend | | | Conversion | 6/18 | K | | |
| 24. GOLDMAN SACHS MID CAP VALUE FUND CL A (GCMAX) | | | | | Conversion | 6/18 | K | | |
| 25. GOLDMAN SACHS MID CAP VALUE FUND CL A (GCMAX) | A | Dividend | K | T | Partial Sale | 1/12 | K | | |
| 26. J. HANCOCK US GLOBAL LEADERS GROWTH CL A (USGLX) | A | Dividend | K | T | | | | | |
| 27. JENNISON NATURAL RESOURCES FUND CL A (PGNAX) | C | Dividend | L | T | Partial Sale | 1/12 | K | | |
| 28. JENNISON FIN SERVS FD CL A (PFSAX) | B | Dividend | | | Partial Sale | 1/12 | J | | |
| 29. JENNISON FIN SERVS FD CL A (PFSAX) | | | | | Sell | 12/28 | L | | |
| 30. JD MODERATE ALLOCATION FD CL A (JDTAX) | | | L | T | Buy | 12/28 | L | | |
| 31. JENNISON EQTY OPP CL A (PJIAX) | A | Dividend | | | Sell | 4/24 | K | | |
| 32. JENNISON UTILITY FUND CL A (PRUAX) | A | Dividend | K | T | | | | | |
| 33. JENINSON SMALL CO. FUND CLASS A (PGOAX) | A | Dividend | K | T | | | | | |
| 34. DRYDEN STRATEGIC VALUE FUND CL A (SUVAX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PUTNAM HEALTH SCI TRUST CL B (PHSBX) | | None | | | Conversion | 1/22 | K | | |
| 36. PUTNAM HEALTH SCI TRUST CL A (PHSTX) | | None | | | Conversion | 1/22 | K | | |
| 37. PUTNAM HEALTH SCI TRUST CL A (PHSTX) | | None | | | Sell | 12/28 | K | | |
| 38. PUTNAM SM CAP VALUE CL A (PSLAX) | A | Dividend | | | Sell | 4/25 | K | | |
| 39. SELIG LASALLE DIVIDEND REAL ESTATE FUND CL B (SREBX) | A | Dividend | | | Conversion | 2/1 | K | | |
| 40. SELIG LASALLE DIVIDEND REAL ESTATE FUND CL A (SREAX) | | | | | Conversion | 2/1 | K | | |
| 41. SELIG LASALLE DIVIDEND REAL ESTATE FUND CL A (SREAX) | A | Dividend | | | Partial Sale | 1/12 | K | | |
| 42. SELIG LASALLE DIVIDEND REAL ESTATE FUND CL A (SREAX) | A | Dividend | | | Sell | 12/28 | K | | |
| 43. SELIG INCOME FUND CL B (SIBBX) | A | Dividend | | | Conversion | 2/1 | K | | |
| 44. SELIG INCOME AND GROWTH CL A (SINFX) | B | Dividend | K | T | Conversion | 2/1 | K | | |
| 45. SELIG SM CAP VALUE FD CL B (SSCBX) | A | Dividend | | | Conversion | 2/1 | K | | |
| 46. SELIG SM CAP VALUE FD CL A (SSCVX) | A | Dividend | K | T | Conversion | 2/1 | K | | |
| 47. SELIG FRONTIER FUND CL B (SLFBX) | A | Dividend | | | Conversion | 2/1 | K | | |
| 48. SELIG FRONTIER FUND CL A (SLFRX) | | | K | T | Conversion | 2/1 | K | | |
| 49. | | | | | | | | | |
| 50. ANNUITIES | | | | | | | | | |
| 51. DISCOVERY PLUS | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. CASH AND CASH EQUIVALENTS | | | | | | | | | |
| 54. JP MORGAN CHASE | B | Interest | K | T | | | | | |
| 55. U. S. TREASURY BILLS | E | Interest | O | T | Buy | 8/23 | L | | |
| 56. DREYFUS LIQUID ASSETS INC. | A | Dividend | J | T | | | | | |
| 57. U.S. SAVINGS BONDS | A | Interest | J | T | | | | | |
| 58. AXA FIN'L LIFE INS (Cash Surrender Value) | B | Dividend | M | T | | | | | |
| 59. AXA FIN'L LIFE INS (Cash Surrender Value) | A | Dividend | L | T | | | | | |
| 60. WACHOVIA MONEY MARKET ACCOUNT | B | Interest | J | T | | | | | |
| 61. EVERGREEN MUNICIPAL MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 62. NEW YORK STATE COLLEGE TUITION SAVINGS FUND PROGRAM | C | Interest | L | T | Buy | 12/24 | J | | |
| 63. NEW YORK STATE COLLEGE TUITION SAVINGS FUND PROGRAM | | | | | Sell | 8/16 | J | | |
| 64. WACHOVIA | | None | L | T | | | | | |
| 65. BB & T BANK CD | | None | | | Redemption | 7/2 | | | |
| 66. THIRD FEDERAL S & L CD | | None | | | Redemption | 11/10 | | | |
| 67. FIFTH THIRD BANK CD | | None | | | Redemption | 2/21 | | | |
| 68. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. RETIREMENT ACCOUNTS | | | | | | | | | |
| 70. 401K PLAN - ING | A | Dividend | K | T | | | | | |
| 71. IRA SCUDDER | B | Interest | L | T | | | | | |
| 72. ALGER CAPITAL APPRECIATION FD CL B (ACAPX) | | None | | | Conversion | 6/4 | J | | |
| 73. ALGER CAPITAL APPRECIATION FD CL A (ACAAX) | | None | J | T | Conversion | 6/4 | J | | |
| 74. JENNISON GROWTH CL A (PJFAX) | A | Dividend | K | T | | | | | |
| 75. JENNISON TECH FUND CL A (PTYAX) | | None | | | Conversion | 9/24 | J | | |
| 76. JENNISON MID-CAP GROWTH FUND CL A (PEEAX) | | None | J | T | Conversion | 9/24 | J | | |
| 77. DAVIS NY VENTURE FUND CL A (NYVTX) | A | Dividend | J | T | | | | | |
| 78. GOLDMAN SACHS TRUST FUND CAP GRWTH PORTFOLIO CL A (GSCGX) | | None | J | T | | | | | |
| 79. JENNISON HLTH SCI FD CL A (PHLAX) | A | Dividend | J | T | | | | | |
| 80. JENNISON SELECT GROWTH FUND CL B (SPFBX) | | None | | | Conversion | 6/11 | J | | |
| 81. JENNISON SELECT GROWTH FUND CL A (SPFAX) | | None | J | T | Conversion | 6/11 | J | | |
| 82. STRATEGIC PARTNERS NEW ERA GRWTH FD CL B (SNGBX) | | None | | | Conversion | 3/5 | M | | |
| 83. JENNISON MID-CAP GROWTH FUND CL B (PEEBX) | | None | | | Conversion | 3/5 | M | | |
| 84. JENNISON MID-CAP GROWTH FUND CL B (PEEBX) | | None | | | Sell | 9/19 | M | | |
| 85. SELIG COMM & INFO FD CL A (SLMCX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. WACHOVIA MONEY MARKET FUNDS | A | Interest | K | T | | | | | |
| 87. U.S. THRIFT SAVINGS PLAN (GOVT SECURITIES FUND) | D | Interest | N | T | Rollover | 10/17 | M | | |
| 88. UTS GOV'T SEC EQUITY TRUST | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544